■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD PARKER, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Coutant, J.), rendered August 21, 1981, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Under the circumstances of this case, defendant's claim that he was denied the effective assistance of counsel is without merit (see *People v Baldi,* 54 NY2d 137). Gibbons, J. P., Bracken, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRY O. ROBERTS, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Murray, J.), rendered October 19, 1982, convicting him of burglary in the third degree, attempted assault in the second degree, and resisting arrest, upon a jury verdict, and imposing sentence. Judgment affirmed. A review of the record indicates sufficient evidence in both quantity and quality to support the jury's verdict (*People v Contes,* 60 NY2d 620; *People v Gilligan,* 42 NY2d 969; *People v Coe,* 99 AD2d 516). Nor is resisting arrest (Penal Law, § 205.30) a lesser included offense (CPL 1.20, subd 37) of attempted assault in the second degree (Penal Law, §§ 110.00, 120.05, subd 3), as the element of intentionally preventing an authorized arrest necessary to establish in the crime of resisting arrest, is not necessary to establish the crime of attempted assault in the second degree (cf. *People v Glover,* 57 NY2d 61; *People v Acevedo,* 40 NY2d 701, 706; *People v Ivisic,* 95 AD2d 307). Consequently, that count is not subject to dismissal pursuant to CPL 300.40 (subd 3, par [b]) (see *People v Acevedo, supra,* p 706). To the extent that *People v Early* (85 AD2d 752, 753), and *People v Lett* (67 AD2d 1077) are to the contrary, we decline to follow them. We further note that modification of the sentence in the interest of justice is not warranted (see *People v Suitte,* 90 AD2d 80, 85-86). Titone, J. P., Lazer, Thompson and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD ROYSTER, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Lawrence, J.), rendered August 5, 1981, convicting him of reckless endangerment in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. No exception was taken to the charge on circumstantial evidence and therefore the issue was not preserved for appellate review. We find no merit to defendant's other contentions. Mollen, P. J., Weinstein, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SMITH, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Chetta, J.), rendered June 3, 1981, convicting him of robbery in the first degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. (See *People v Logan,* 25 NY2d 184.) Mollen, P. J., Weinstein, Rubin and Boyers, JJ., concur.